UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

                              NOTICE OF MOTION AND MOTION
vs.                                        22-MJ-143

DISHANT PATEL

            Defendant.
_____

**PLEASE TAKE NOTICE**, that the undersigned DOMINIC SARACENO, ESQ., attorney for the defendant, DISHANT PATEL, based upon the following affirmation, hereby moves the court for permission for the defendant to travel between the dates of May 3, 2023 to May 14, 2023 to Stow, Ohio.

## AFFIRMATION

1. I am an attorney at law duly licensed to practice in the State of New York and in the Western District of New York with offices located at 534 Delaware Avenue, Buffalo, New York 14202.

2. This affirmation is offered in support of counsel's request to allow the defendant permission to travel.

3. More specifically, the defendant would like to travel to Ohio to visit relatives over summer break.

4. Defendant would be staying at 2871 Graham Road #8, Stow, OH 44224.

5. I spoke to his probation supervisor in the Southern District of Indiana, Tara Olson, and she has no objection to the request.

6. The defense counsel is making this motion on behalf of DISHANT PATEL.

**WHEREFORE**, for the reasons set forth above, defendant, DISHANT PATEL, respectfully requests an Order from this Court allowing him to travel to the location referenced above on the dates referenced above.

<u>s/ Dominic Saraceno, Esq.</u>

DOMINIC SARACENO, ESQ.
534 Delaware Avenue
Buffalo, New York 14202
(716) 626-7007 (t)
(800)-305-5836   (f)
<u>saracenolaw@gmail.com</u>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

DISHANT PATEL

        Defendant.

## CERTIFICATE OF SERVICE

22-MJ-143

I hereby certify that on May 3, 2023, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following EM/EF Participant on this case:

    AUSA LAURA HIGGINS, AUSA
    138 Delaware Avenue
    Buffalo, New York 14202

    s/Dominic Saraceno

    DOMINIC SARACENO